

**THOMAS PEYTON SMITH**
peytton.smith@formanwatkins.com
Direct Dial: 601-969-4283

December 30, 2025

**Clerk of Court**
United States Court of Appeals for the Fifth Circuit
John Minor Wisdom U.S. Courthouse
600 South Maestri Place, Suite 115
New Orleans, Louisiana 70130

**Re: Appeal in USA v. Madrid, Case No. 25-40161**

Dear Clerk of Court:

This letter pertains to the above-referenced case currently pending before the Fifth Circuit Court of Appeals.

**I am writing to request a Level 1 extension of thirty (30) days of the deadline for the Reply Brief due to Appellee's Response Brief** *[Dkt #50]* **in this appeal pursuant to 5th Circuit Rule 31.4.** I have conferred with counsel for Appellee, and this request is unopposed.

Please let me know if any additional information or documentation is required. I appreciate your attention to this matter.

Sincerely,

**/s/*Thomas Peyton Smith***

Thomas Peyton Smith
*Attorney for Appellant, Anthony James Madrid*