# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 31, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 25-40161   USA v. Madrid
               USDC No. 1:21-CV-507

The court has denied the motion to extend time to file reply brief in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _Rebecca Andry_
Rebecca Andry, Deputy Clerk
504-310-7638

Mr. Russell James III
Ms. Damonta D. Morgan
Mr. Thomas Peyton Smith
Mr. Bradley Elliot Visosky