# In the United States Court of Appeals for the Fifth Circuit

_____

**UNITED STATES OF AMERICA,**

*Plaintiff-Appellee*

v.

**ANTHONY JAMES MADRID,**

*Defendant-Appellant*

_____

On Appeal from the United States District Court
for the Eastern District of Texas, Beaumont Division
No. 1:21-CV-507

_____

**DEFENDANT-APPELLANT
ANTHONY JAMES MADRID'S MOTION FOR RECONSIDERATION
OF UNOPPOSED MOTION FOR EXTENSION
OF TIME TO FILE REPLY BRIEF**

_____

T. Peyton Smith
Damonta D. Morgan
FORMAN WATKINS & KRUTZ LLP
201 East Capitol Street, Suite 2200
Jackson, Mississippi 39201
(601) 969-4283
peyton.smith@formanwatkins.com
damonta.morgan@formanwatkins.com

*Counsel for Appellant*

<u>**MOTION FOR RECONSIDERATION OF UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF**</u>

*Extension of Time to File Reply Brief*

Pursuant to Federal Rule of Appellate Procedure 27 and Fifth Circuit Rule 27.1, Appellant Anthony James Madrid ("Appellant") respectfully moves for this Court to reconsider the denial of its unopposed motion for extension of time to file its Reply Brief, up to and including February 9, 2026. In support of this motion, Appellants state as follows:

1. Appellant's Reply Brief is currently due on January 8, 2026.

2. On August 8, 2025, Appellant's counsel was contacted by the U.S. Court of Appeals for the Fifth Circuit for the first time regarding accepting appointment as pro bono counsel for this appeal on behalf of Mr. Madrid, who was proceeding *pro se*.

3. Appellant's brief was originally due on September 22, 2025. An unopposed Level I extension was granted re-setting Appellant's briefing deadline for October 22, 2025—and the brief was filed on that date.

4. Appellee likewise sought an unopposed Level I extension, and their briefing deadline was set for December 19, 2025.

5. Appellee filed their brief on December 18, 2025. As such, Appellant's deadline to file his Reply is January 8, 2026.

6. Appellee's Brief (by Appellee's own admission) raised an array of distinct issues that were not addressed by the trial court and therefore not covered in Appellant's principal brief, including whether Appellant was procedurally barred from raising his constitutional challenge and whether the constitutional challenge was waived by Appellant's plea agreement.

7. On December 22, 2025, Appellant's counsel contacted counsel for Appellee to ask if an extension request would be unopposed due to the holidays and travel plans of Appellant's counsel. Appellee's counsel stated that there would be no opposition to the request for an extension.

8. On December 30, 2025, Appellant submitted its unopposed Level I extension request seeking thirty additional days to submit its reply brief. This submission was made on December 30, 2025—as opposed to an earlier date—due to issues related to office closures associated with the Christmas holidays.

9. On December 31, 2025 at 4:02PM the extension request was denied.

10. On January 2, 2026, Appellant contacted the clerk to seek clarification as to the reason for the denial—whether there was some defect in the extension letter that could be easily remedied or whether a different reason existed for denial—and the clerk was not able to provide any clarity on the basis for the denial. But Appellant was informed that this Motion would be the appropriate method for remedying the matter.

11. Prior to the above-described modifications to the briefing schedule, counsel for Appellant, Damonta D. Morgan, had planned and is now unavailable on a pre-planned international vacation through January 7, 2026. The briefing schedule likewise straddled the Christmas and New Year's holidays, and counsel for Appellant, T. Peyton Smith, has been on a pre-planned vacation through January 2, 2026. T. Peyton Smith is also scheduled to participate in a court-ordered in-person settlement conference in New Orleans on January 6, 2026, in the matter *Norma Marcella, et al v. Huntington Ingalls Incorporated, et al,* pending in the United States District Court for the Eastern District of Louisiana, Case Number 24-0780.

12. While Appellant recognizes that extensions of time to file reply briefs is disfavored by this Circuit, Appellant believes this extension is merited. Counsel for Appellant was appointed to handle this case by the Circuit pro bono panel, and Counsel does not have the extensive history and experience briefing matters of procedure related to criminal appeals that Counsel for Appellee has. As such, additional time would ensure that Counsel for Appellant has the opportunity to fully research and respond to the important procedural and constitutional questions at issue in this appeal, particularly those raised for the first time in Appellee's response.

13. To the extent the request for extension was denied due to the length of the extension requested, Appellant states that any extension beyond January 8, 2026 would assist Appellant's counsel in researching and responding to Appellee's

arguments on these important issues of criminal appellate procedure and constitutional law.

14. Finally, Appellant recognizes that this Motion is submitted less than the seven (7) days specified under Fifth Circuit Rule 31.4.1(a) for extension request, but Appellant would note that the original motion for extension was submitted within the deadline.

For these reasons, Appellant respectfully requests an additional 30 days in which to file his Reply Brief, up to and including February 9, 2026, or, in the alternative, any additional time beyond January 8, 2026 that the Court sees fit to grant.

Dated: January 5, 2026

*/s/ T. Peyton Smith*
T. Peyton Smith

T. Peyton Smith
Damonta D. Morgan
FORMAN WATKINS & KRUTZ LLP
201 East Capitol Street, Suite 2200
Jackson, Mississippi 39201
(601) 969-4283
peyton.smith@formanwatkins.com
damonta.morgan@formanwatkins.com

COUNSEL FOR DEFENDANT-APPELLANT,
ANTHONY JAMES MADRID

# CERTIFICATE OF SERVICE

I certify that on January 5, 2026, the foregoing document was served on counsel for the appellee through use of the Court's CM/ECF system.

*/s/ T. Peyton Smith*
T. Peyton Smith

# CERTIFICATE OF COMPLIANCE

With Type-Volume Limitation, Typeface Requirements,
and Type Style Requirements

This document complies with the type-volume limitation of FED. R. APP. P. 32(a)(7)(B).  It contains 773 words, excluding the parts of the brief exempted by FED. R. APP. P. 32(f).

This brief complies with the typeface requirements of FED. R. APP. P. 32 (a)(5) and the type style requirements of FED. R. APP. P. 32(a)(6) because this brief has been prepared in a proportionally spaced typeface using Microsoft Word for Microsoft 365 MSO version 2511 in Times New Roman font 14-point type face.

*/s/ T. Peyton Smith*
T. Peyton Smith

COUNSEL FOR DEFENDANT-
APPELLANT

Dated: January 5, 2026